Exhibit C

## ASSIGNMENT OF MORTGAGE

KNOW ALL BY THESE PRESENTS THAT **Mortgage Electronic Registration Systems, Inc., as nominee for Liberty Home Equity Solutions, Inc., its successors and assigns**, for valuable consideration paid, the receipt whereof is hereby acknowledged, does hereby sell, assign, transfer and set over to **PHH Mortgage Corporation**, 1661 Worthington Rd. Ste 100, West Palm Beach, FL 33409, its successors and assigns, the said mortgage described hereinafter recorded in the Androscoggin County Registry of Deeds, and all its right, title and interest by virtue of said mortgage in and to the real estate therein described, with full power to collect and discharge the same or to dispose of the same in the name of the Assignor herein.

Borrower: Leonard J. Cote and Rachel M. Cote
Original Holder: Mortgage Electronic Registration Systems, Inc., as nominee for Liberty Home Equity Solutions, Inc., its successors and assigns
Date: April 14, 2017
Amount: $271,500.00
Book: 9580
Page: 166
MERS #:
MERS Ph # :
MERS Address : P.O. Box 2026, Flint, MI. 48501-2026

Dated: 9/1/2022

Mortgage Electronic Registration Systems, Inc., as nominee for Liberty Home Equity Solutions, Inc., its successors and assigns

By: _____
Title: Assistant Secretary
Type/Print Name: Melissa Rocha

See power of attorney recorded herewith.

STATE OF TEXAS
COUNTY OF: HARRIS

On this 1st day of September, 2022 before me, the undersigned notary public, personally appeared Melissa Rocha, of Mortgage Electronic Registration Systems, Inc., as nominee for Liberty Home Equity Solutions, Inc., its successors and assigns proved to me through satisfactory evidence of identification, which was personal knowledge, to be the person who signed the preceding or attached document, and acknowledged to me that (s)he signed it voluntarily for its stated purpose and as the free act and deed of Mortgage Electronic Registration Systems, Inc., as nominee for Liberty Home Equity Solutions, Inc., its successors and assigns.

ELIA O. ROJAS
Notary Public, State of Texas
Comm. Expires 11-11-2025
Notary ID 11494750

Notary Public: Elia O. Rojas
My commission expires: 11/11/2025

PROPERTY ADDRESS: 25 Eighth Street, Auburn, ME 04210

TINA M. CHOUINARD, REGISTER
ANDROSCOGGIN COUNTY MAINE E-RECORDED

**Prepared By And
After Recording Return To:**



DocSolutionUSA, LLC, dba DocSolution, Inc.
2316 Southmore
Pasadena, TX 77502
713-941-4928

DocSolutionUSA, LLC, d/b/a DocSolution, Inc. did not prepare a title search of the Property described in the document below. The Preparer of this document makes no representation as to the status and validity of, including, but not limited to, the title, loan history, boundary survey, property use, or zoning regulations of the Property assigned, transferred, conveyed, released, or any other disposition of the Property. Information herein was provided to preparer by Grantor/Grantee and/or their Agent.

Client I▮
Loan #▮

## ASSIGNMENT OF MORTGAGE

*FOR VALUE RECEIVED*, **PHH MORTGAGE CORPORATION DBA LIBERTY HOME EQUITY SOLUTIONS, INC. FORMERLY KNOWN AS GENWORTH FINANCIAL HOME EQUITY ACCESS, INC. FORMERLY KNOWN AS LIBERTY REVERSE MORTGAGE INC.**, whose address is 1 Mortgage Way, Mount Laurel, NJ 08054, does hereby assign and transfer to **PHH MORTGAGE CORPORATION** forever and without recourse, whose address is 1 MORTGAGE WAY, MOUNT LAUREL, NJ 08054, all its right, title and interest in and to the described Mortgage executed by **LEONARD J. COTE AND RACHEL M. COTE** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MORTGAGEE, AS NOMINEE FOR LIBERTY HOME EQUITY SOLUTIONS, INC., ITS SUCCESSORS AND ASSIGNS** for $271,500.00 dated 4/14/2017 of record on 4/20/2017 in Book **9580** Page **166** at Document Number **5616**, in the **ANDROSCOGGIN** County Recorder's and/or Clerk's Office, State of **MAINE**.
Property Address: 25 EIGHTH ST, AUBURN, MAINE 04210
Legal description: SEE ATTACHED EXHIBIT "A"

Executed this 11.21.2022

**PHH MORTGAGE CORPORATION DBA LIBERTY HOME EQUITY SOLUTIONS, INC. FORMERLY KNOWN AS GENWORTH FINANCIAL HOME EQUITY ACCESS, INC. FORMERLY KNOWN AS LIBERTY REVERSE MORTGAGE INC.**

By: **YANIQUE ATKINSON EDWARDS**

Title: **SERVICING OPERATIONS SPECIALIST**

## ACKNOWLEDGMENT

STATE OF FLORIDA

COUNTY OF **PALM BEACH**

The foregoing instrument was acknowledged before me by means [✓] physical presence [ ] online notarization, this 11.21.2022 by **YANIQUE ATKINSON EDWARDS, SERVICING OPERATIONS SPECIALIST** of PHH MORTGAGE CORPORATION DBA LIBERTY HOME EQUITY SOLUTIONS, INC. FORMERLY KNOWN AS GENWORTH FINANCIAL HOME EQUITY ACCESS, INC. FORMERLY KNOWN AS LIBERTY REVERSE MORTGAGE INC., ITS SUCCESSORS AND ASSIGNS, a New Jersey Corporation a corporation, on behalf of the corporation. He/She is personally known to me.

Given under my hand and seal of office this 21 day of NOVEMBER, A.D.2022.

Notary Public in and for the State of Florida
Notary's Printed Name: Donna Lee Valenzano
My Commission Expires: NOV 3 0 2025

Notary Public State of Florida
Donna Lee Valenzano
My Commission
HH 195115
Exp.11/30/2025

For $271,500.00 dated 4/14/2017

**EXHIBIT A**

███████ COTE

The land with the buildings thereon situated in Auburn, County of Androscoggin, State of Maine, bounded and described as follows:

Being lots numbered one (1), two (2) and three (3), in Block E-47, as shown on Plan of House lots made by John Collins April 1, 1933, and recorded in the Androscoggin County Registry of Deeds, Book of Plans, Vol. 2, Page 266, to which plan and its record reference may be had for a more particular description of the premises herein conveyed.