

**Korde & Associates, P.C.**
Attorneys at Law

Exhibit D

**Serving the States of:**

- Connecticut
- Maine
- Massachusetts
- New Hampshire
- Rhode Island

707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
Tel: (207) 775-6223 • Fax: (207) 775-6995

February 1, 2023

Estate of Leonard J. Cote
25 Eighth Street
Auburn, ME 04210

CERTIFIED MAIL, RETURN
RECEIPT REQUESTED AND
FIRST CLASS MAIL, POSTAGE
PRE-PAID

NOTICE OF DEFAULT

Re:   $271,500.00 Promissory Note and Mortgage dated April 14, 2017
      25 Eighth Street, Auburn, ME 04210
      Our File No: █████████

Dear Sir/Madam:

This office represents PHH Mortgage Corporation ("Holder"), the current holder of the following loan documents: (i) Promissory Note dated April 14, 2017 between Liberty Home Equity Solutions, Inc. as lender and Estate of Leonard J. Cote and Estate of Rachel Cote as borrowers in the original principal amount of $271,500.00 (the "Note"), and (ii) Mortgage securing repayment of the Note given by Leonard J. Cote and Rachel M. Cote to Mortgage Electronic Registration Systems, Inc., as nominee for Liberty Home Equity Solutions, Inc., its successors and assigns dated April 14, 2017 and recorded in the Androscoggin County Registry of Deeds in Book 9580, Page 166 (the "Mortgage"). The Note and Mortgage are collectively referred to herein as the "Loan Documents."

Please be advised that there is a default under the terms of the Loan Documents. The reason for the default is that the property has ceased to be the primary residence of any owner or borrower.

The following amounts are past due:

| | |
|---|---|
| Principal Balance | $112,079.00 |
| Accrued Interest | $19,746.35 |
| Inspection Fees | $120.00 |
| Property Preservation Fees | $40.00 |
| Appraisal Fee | $862.50 |
| MIP | $6,679.86 |
| Intra Month Per Diem | $462.12 |
| Title Fees | $335.00 |
| FC Attorney Fees & Costs | $1,775.00 |
| Taxes | $2,152.57 |

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

TOTAL AMOUNT DUE TO CURE THE DEFAULT                    $144,252.40

The total amount due to cure the default does not include any amounts that become due after the date of this notice.

You may cure this default by any one of the following methods: (1) re-occupying the property as your primary residence and executing and returning the attached Occupancy Verification Form; (2) pay the balance in full; (3) sell the property for the lesser of the balance or 95% of the appraised value and apply the net proceeds of the sale toward the balance; or (4) provide the Lender with a deed in lieu of foreclosure. The total amount to cure the default is $144,252.40, as of January 20, 2023.

You have the right to cure this default by making full payment of all amounts that are due as set forth above within 35 days from the date this notice is given. If you do not cure the default, all sums due under the Loan Documents may be declared accelerated and immediately payable in full without further demand, and the mortgage holder or another person or entity may acquire the subject property by means of foreclosure and sale. If you meet the conditions stated in the Mortgage, you will have the right to have the enforcement of the Mortgage discontinued and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

Said funds must be in the form of a **bank or certified check** made payable to **PHH Mortgage Corporation** and delivered to Korde & Associates, P.C., 707 Sable Oaks Dr., Suite 250, South Portland, ME 04106.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Loan Documents and to assert the nonexistence of a default or any other defense to acceleration and foreclosure. Where Court supervised mediation is available, you may request mediation to explore options for avoiding foreclosure judgment. If the Loan Documents so provide, you may also have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the Loan Documents; 3) pay all of lender's reasonable expenses in enforcing the Loan Documents including, for example, reasonable attorney's fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the Loan Documents, and your obligations under the Loan Documents remain unchanged.

You may have options other than foreclosure. You may discuss available options with the Holder or a counselor approved by the United States Department of Housing and Urban Development ("HUD"), and you are encouraged to explore available options prior to the end of your right-to-cure period. If you are in need of financial advice, you may contact a HUD approved housing counseling agency. These agencies provide experienced home ownership counseling at no charge to you. For more information regarding the agencies in your area, call 1-800-569-4287. We have also attached a list including the name, address, telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers.

If you wish to modify the terms of the loan, you may discuss whether this option is available by contacting:

PHH Mortgage Corporation
1 Mortgage Way
Mount Laurel, NJ 08054
866-799-7724
preserve@phhreverse.com

If you have been previously discharged from personal liability for the obligations secured by the mortgage as a result of a bankruptcy proceeding, this letter is given to you not for the purpose of demanding payment, but to advise you of the consequences of non-payment, specifically the foreclosure of the mortgage.

If you have any questions concerning the above, please contact us at the above address.

Very truly yours,

**KORDE & ASSOCIATES, P.C.**

This listing is current as of **12/14/2022**.

# Agencies located in MAINE

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-973-3500
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 262 Harlow St
Bangor, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 Godfrey Dr
Orono, Maine 04473-3610
**Counseling Services:** - Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** OWEESTA CORPORATION
**Website:** http://www.fourdirectionsmaine.org
**Agency ID:** 83879

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:** - Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

- Rental Housing Counseling
- Rental Housing Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-324-5762
**Toll Free:**
**Fax:** 207-490-5026
**Email:** meaghan.arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:** 800-866-5588
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Resolving/Preventing Mortgage Delinquency Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** https://www.ccimaine.org/
**Agency ID:** 81580

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 207-859-1500
**Toll Free:** 800-542-8227
**Fax:**
**Email:** housing@kvcap.org
**Address:** 101 Water St
Waterville, Maine 04901-6339
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685



**Korde & Associates, P.C.**
Attorneys at Law

707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
Tel: (207) 775-6223 • Fax: (207) 775-6995

**Serving the States of:**

- Connecticut
- Maine
- Massachusetts
- New Hampshire
- Rhode Island

February 1, 2023

Estate of Rachel Cote
25 Eighth Street
Auburn, ME 04210

CERTIFIED MAIL, RETURN
RECEIPT REQUESTED AND
FIRST CLASS MAIL, POSTAGE
PRE-PAID

NOTICE OF DEFAULT

Re:    $271,500.00 Promissory Note and Mortgage dated April 14, 2017
25 Eighth Street, Auburn, ME 04210
Our File No: ███████

Dear Sir/Madam:

This office represents PHH Mortgage Corporation ("Holder"), the current holder of the following loan documents: (i) Promissory Note dated April 14, 2017 between Liberty Home Equity Solutions, Inc. as lender and Estate of Leonard J. Cote and Estate of Rachel Cote as borrowers in the original principal amount of $271,500.00 (the "Note"), and (ii) Mortgage securing repayment of the Note given by Leonard J. Cote and Rachel M. Cote to Mortgage Electronic Registration Systems, Inc., as nominee for Liberty Home Equity Solutions, Inc., its successors and assigns dated April 14, 2017 and recorded in the Androscoggin County Registry of Deeds in Book 9580, Page 166 (the "Mortgage"). The Note and Mortgage are collectively referred to herein as the "Loan Documents."

Please be advised that there is a default under the terms of the Loan Documents. The reason for the default is that the property has ceased to be the primary residence of any owner or borrower.

The following amounts are past due:

| | |
|---|---|
| Principal Balance | $112,079.00 |
| Accrued Interest | $19,746.35 |
| Inspection Fees | $120.00 |
| Property Preservation Fees | $40.00 |
| Appraisal Fee | $862.50 |
| MIP | $6,679.86 |
| Intra Month Per Diem | $462.12 |
| Title Fees | $335.00 |
| FC Attorney Fees & Costs | $1,775.00 |
| Taxes | $2,152.57 |

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

TOTAL AMOUNT DUE TO CURE THE DEFAULT          $144,252.40

The total amount due to cure the default does not include any amounts that become due after the date of this notice.

You may cure this default by any one of the following methods: (1) re-occupying the property as your primary residence and executing and returning the attached Occupancy Verification Form; (2) pay the balance in full; (3) sell the property for the lesser of the balance or 95% of the appraised value and apply the net proceeds of the sale toward the balance; or (4) provide the Lender with a deed in lieu of foreclosure. The total amount to cure the default is $144,252.40, as of January 20, 2023.

You have the right to cure this default by making full payment of all amounts that are due as set forth above within 35 days from the date this notice is given. If you do not cure the default, all sums due under the Loan Documents may be declared accelerated and immediately payable in full without further demand, and the mortgage holder or another person or entity may acquire the subject property by means of foreclosure and sale. If you meet the conditions stated in the Mortgage, you will have the right to have the enforcement of the Mortgage discontinued and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

Said funds must be in the form of a **bank or certified check** made payable to **PHH Mortgage Corporation** and delivered to Korde & Associates, P.C., 707 Sable Oaks Dr., Suite 250, South Portland, ME 04106.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Loan Documents and to assert the nonexistence of a default or any other defense to acceleration and foreclosure. Where Court supervised mediation is available, you may request mediation to explore options for avoiding foreclosure judgment. If the Loan Documents so provide, you may also have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the Loan Documents; 3) pay all of lender's reasonable expenses in enforcing the Loan Documents including, for example, reasonable attorney's fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the Loan Documents, and your obligations under the Loan Documents remain unchanged.

You may have options other than foreclosure. You may discuss available options with the Holder or a counselor approved by the United States Department of Housing and Urban Development ("HUD"), and you are encouraged to explore available options prior to the end of your right-to-cure period. If you are in need of financial advice, you may contact a HUD approved housing counseling agency. These agencies provide experienced home ownership counseling at no charge to you. For more information regarding the agencies in your area, call 1-800-569-4287. We have also attached a list including the name, address, telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers.

If you wish to modify the terms of the loan, you may discuss whether this option is available by contacting:

PHH Mortgage Corporation
1 Mortgage Way
Mount Laurel, NJ 08054
866-799-7724
preserve@phhreverse.com

If you have been previously discharged from personal liability for the obligations secured by the mortgage as a result of a bankruptcy proceeding, this letter is given to you not for the purpose of demanding payment, but to advise you of the consequences of non-payment, specifically the foreclosure of the mortgage.

If you have any questions concerning the above, please contact us at the above address.

Very truly yours,

**KORDE & ASSOCIATES, P.C.**

This listing is current as of **12/14/2022**.

# Agencies located in MAINE

| | |
|---|---|
| **Agency Name:** | PENQUIS COMMUNITY ACTION PROGRAM |
| **Phone:** | 207-973-3500 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 262 Harlow St |
| | Bangor, Maine 04401-4952 |
| **Counseling Services:** | - Financial, Budgeting, and Credit Workshops |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| **Website:** | http://www.penquis.org |
| **Agency ID:** | 81649 |

| | |
|---|---|
| **Agency Name:** | COASTAL ENTERPRISES, INCORPORATED |
| **Phone:** | 207-504-5900 |
| **Toll Free:** | 877-340-2649 |
| **Fax:** | |
| **Email:** | jason.thomas@ceimaine.org |
| **Address:** | 30 Federal Street |
| | Suite 100 |
| | BRUNSWICK, Maine 04011-1510 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops |
| | - Financial Management/Budget Counseling |
| | - Home Improvement and Rehabilitation Counseling |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| | - Predatory Lending Education Workshops |
| | - Rental Housing Counseling |
| | - Reverse Mortgage Counseling |
| | - Services for Homeless Counseling |
| **Languages:** | - English |
| | - Spanish |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.ceimaine.org |
| **Agency ID:** | 80985 |

| | |
|---|---|
| **Agency Name:** | FOUR DIRECTIONS DEVELOPMENT CORPORATION |
| **Phone:** | 207-866-6545 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 20 Godfrey Dr |
| | Orono, Maine 04473-3610 |
| **Counseling Services:** | - Financial Management/Budget Counseling |
| | - Financial, Budgeting, and Credit Workshops |
| | - Home Improvement and Rehabilitation Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | OWEESTA CORPORATION |
| **Website:** | http://www.fourdirectionsmaine.org |
| **Agency ID:** | 83879 |

| | |
|---|---|
| **Agency Name:** | AVESTA HOUSING DEVELOPMENT CORPORATION |
| **Phone:** | 207-553-7780-3347 |
| **Toll Free:** | 800-339-6516 |
| **Fax:** | 207-553-7778 |
| **Email:** | ndigeronimo@avestahousing.org |
| **Address:** | 307 Cumberland Avenue |
| | PORTLAND, Maine 04101-4920 |
| **Counseling Services:** | - Financial Management/Budget Counseling |
| | - Home Improvement and Rehabilitation Counseling |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |

        - Rental Housing Counseling
        - Rental Housing Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-324-5762
**Toll Free:**
**Fax:** 207-490-5026
**Email:** meaghan.arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:** 800-866-5588
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Resolving/Preventing Mortgage Delinquency Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** https://www.ccimaine.org/
**Agency ID:** 81580

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 207-859-1500
**Toll Free:** 800-542-8227
**Fax:**
**Email:** housing@kvcap.org
**Address:** 101 Water St
Waterville, Maine 04901-6339
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

---



**Korde & Associates, P.C.**
Attorneys at Law

707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
Tel: (207) 775-6223 • Fax: (207) 775-6995

**Serving the States of:**

- Connecticut
- Maine
- Massachusetts
- New Hampshire
- Rhode Island

February 1, 2023

Kathy L. Whitney, Co-Personal Representative of
the Estate of Rachel Cote
25 Eighth Street
Auburn, ME 04210

CERTIFIED MAIL, RETURN
RECEIPT REQUESTED AND
FIRST CLASS MAIL, POSTAGE
PRE-PAID

### NOTICE OF DEFAULT

Re:  $271,500.00 Promissory Note and Mortgage dated April 14, 2017
25 Eighth Street, Auburn, ME 04210
Our File No: ███████████

Dear Sir/Madam:

This office represents PHH Mortgage Corporation ("Holder"), the current holder of the following loan documents: (i) Promissory Note dated April 14, 2017 between Liberty Home Equity Solutions, Inc. as lender and Estate of Leonard J. Cote and Estate of Rachel Cote as borrowers in the original principal amount of $271,500.00 (the "Note"), and (ii) Mortgage securing repayment of the Note given by Leonard J. Cote and Rachel M. Cote to Mortgage Electronic Registration Systems, Inc., as nominee for Liberty Home Equity Solutions, Inc., its successors and assigns dated April 14, 2017 and recorded in the Androscoggin County Registry of Deeds in Book 9580, Page 166 (the "Mortgage"). The Note and Mortgage are collectively referred to herein as the "Loan Documents."

Please be advised that there is a default under the terms of the Loan Documents. The reason for the default is that the property has ceased to be the primary residence of any owner or borrower.

The following amounts are past due:

| | |
|---|---|
| Principal Balance | $112,079.00 |
| Accrued Interest | $19,746.35 |
| Inspection Fees | $120.00 |
| Property Preservation Fees | $40.00 |
| Appraisal Fee | $862.50 |
| MIP | $6,679.86 |
| Intra Month Per Diem | $462.12 |
| Title Fees | $335.00 |
| FC Attorney Fees & Costs | $1,775.00 |
| Taxes | $2,152.57 |

███████████

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

TOTAL AMOUNT DUE TO CURE THE DEFAULT       $144,252.40

     The total amount due to cure the default does not include any amounts that become due after the date of this notice.

     You may cure this default by any one of the following methods: (1) re-occupying the property as your primary residence and executing and returning the attached Occupancy Verification Form; (2) pay the balance in full; (3) sell the property for the lesser of the balance or 95% of the appraised value and apply the net proceeds of the sale toward the balance; or (4) provide the Lender with a deed in lieu of foreclosure. The total amount to cure the default is $144,252.40, as of January 20, 2023.

     You have the right to cure this default by making full payment of all amounts that are due as set forth above within 35 days from the date this notice is given. If you do not cure the default, all sums due under the Loan Documents may be declared accelerated and immediately payable in full without further demand, and the mortgage holder or another person or entity may acquire the subject property by means of foreclosure and sale. If you meet the conditions stated in the Mortgage, you will have the right to have the enforcement of the Mortgage discontinued and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

     Said funds must be in the form of a **bank or certified check** made payable to **PHH Mortgage Corporation** and delivered to Korde & Associates, P.C., 707 Sable Oaks Dr., Suite 250, South Portland, ME 04106.

     You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Loan Documents and to assert the nonexistence of a default or any other defense to acceleration and foreclosure. Where Court supervised mediation is available, you may request mediation to explore options for avoiding foreclosure judgment. If the Loan Documents so provide, you may also have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the Loan Documents; 3) pay all of lender's reasonable expenses in enforcing the Loan Documents including, for example, reasonable attorney's fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the Loan Documents, and your obligations under the Loan Documents remain unchanged.

     You may have options other than foreclosure. You may discuss available options with the Holder or a counselor approved by the United States Department of Housing and Urban Development ("HUD"), and you are encouraged to explore available options prior to the end of your right-to-cure period. If you are in need of financial advice, you may contact a HUD approved housing counseling agency. These agencies provide experienced home ownership counseling at no charge to you. For more information regarding the agencies in your area, call 1-800-569-4287. We have also attached a list including the name, address, telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers.

If you wish to modify the terms of the loan, you may discuss whether this option is available by contacting:

PHH Mortgage Corporation
1 Mortgage Way
Mount Laurel, NJ 08054
866-799-7724
preserve@phhreverse.com

If you have been previously discharged from personal liability for the obligations secured by the mortgage as a result of a bankruptcy proceeding, this letter is given to you not for the purpose of demanding payment, but to advise you of the consequences of non-payment, specifically the foreclosure of the mortgage.

If you have any questions concerning the above, please contact us at the above address.

Very truly yours,

**KORDE & ASSOCIATES, P.C.**

This listing is current as of **12/14/2022.**

# Agencies located in MAINE

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-973-3500
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 262 Harlow St
Bangor, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 Godfrey Dr
Orono, Maine 04473-3610
**Counseling Services:** - Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** OWEESTA CORPORATION
**Website:** http://www.fourdirectionsmaine.org
**Agency ID:** 83879

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:** - Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

                    - Rental Housing Counseling
                    - Rental Housing Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-324-5762
**Toll Free:**
**Fax:** 207-490-5026
**Email:** meaghan.arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:** 800-866-5588
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Resolving/Preventing Mortgage Delinquency Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** https://www.ccimaine.org/
**Agency ID:** 81580

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 207-859-1500
**Toll Free:** 800-542-8227
**Fax:**
**Email:** housing@kvcap.org
**Address:** 101 Water St
Waterville, Maine 04901-6339
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

---



**Korde & Associates, P.C.**
Attorneys at Law

707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
Tel: (207) 775-6223 • Fax: (207) 775-6995

**Serving the States of:**

- Connecticut
- Maine
- Massachusetts
- New Hampshire
- Rhode Island

February 1, 2023

Kathy L. Whitney, Co-Personal Representative of
the Estate of Rachel Cote
596 Fletcher Road
Auburn, ME 04210

CERTIFIED MAIL, RETURN
RECEIPT REQUESTED AND
FIRST CLASS MAIL, POSTAGE
PRE-PAID

NOTICE OF DEFAULT

Re:  $271,500.00 Promissory Note and Mortgage dated April 14, 2017
25 Eighth Street, Auburn, ME 04210
Our File No: ███████

Dear Sir/Madam:

This office represents PHH Mortgage Corporation ("Holder"), the current holder of the following loan documents: (i) Promissory Note dated April 14, 2017 between Liberty Home Equity Solutions, Inc. as lender and Estate of Leonard J. Cote and Estate of Rachel Cote as borrowers in the original principal amount of $271,500.00 (the "Note"), and (ii) Mortgage securing repayment of the Note given by Leonard J. Cote and Rachel M. Cote to Mortgage Electronic Registration Systems, Inc., as nominee for Liberty Home Equity Solutions, Inc., its successors and assigns dated April 14, 2017 and recorded in the Androscoggin County Registry of Deeds in Book 9580, Page 166 (the "Mortgage"). The Note and Mortgage are collectively referred to herein as the "Loan Documents."

Please be advised that there is a default under the terms of the Loan Documents. The reason for the default is that the property has ceased to be the primary residence of any owner or borrower.

The following amounts are past due:

| | |
|---|---|
| Principal Balance | $112,079.00 |
| Accrued Interest | $19,746.35 |
| Inspection Fees | $120.00 |
| Property Preservation Fees | $40.00 |
| Appraisal Fee | $862.50 |
| MIP | $6,679.86 |
| Intra Month Per Diem | $462.12 |
| Title Fees | $335.00 |
| FC Attorney Fees & Costs | $1,775.00 |
| Taxes | $2,152.57 |

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

TOTAL AMOUNT DUE TO CURE THE DEFAULT     $144,252.40

The total amount due to cure the default does not include any amounts that become due after the date of this notice.

You may cure this default by any one of the following methods: (1) re-occupying the property as your primary residence and executing and returning the attached Occupancy Verification Form; (2) pay the balance in full; (3) sell the property for the lesser of the balance or 95% of the appraised value and apply the net proceeds of the sale toward the balance; or (4) provide the Lender with a deed in lieu of foreclosure. The total amount to cure the default is $144,252.40, as of January 20, 2023.

You have the right to cure this default by making full payment of all amounts that are due as set forth above within 35 days from the date this notice is given. If you do not cure the default, all sums due under the Loan Documents may be declared accelerated and immediately payable in full without further demand, and the mortgage holder or another person or entity may acquire the subject property by means of foreclosure and sale. If you meet the conditions stated in the Mortgage, you will have the right to have the enforcement of the Mortgage discontinued and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

Said funds must be in the form of a **bank or certified check** made payable to **PHH Mortgage Corporation** and delivered to Korde & Associates, P.C., 707 Sable Oaks Dr., Suite 250, South Portland, ME 04106.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Loan Documents and to assert the nonexistence of a default or any other defense to acceleration and foreclosure. Where Court supervised mediation is available, you may request mediation to explore options for avoiding foreclosure judgment. If the Loan Documents so provide, you may also have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the Loan Documents; 3) pay all of lender's reasonable expenses in enforcing the Loan Documents including, for example, reasonable attorney's fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the Loan Documents, and your obligations under the Loan Documents remain unchanged.

You may have options other than foreclosure. You may discuss available options with the Holder or a counselor approved by the United States Department of Housing and Urban Development ("HUD"), and you are encouraged to explore available options prior to the end of your right-to-cure period. If you are in need of financial advice, you may contact a HUD approved housing counseling agency. These agencies provide experienced home ownership counseling at no charge to you. For more information regarding the agencies in your area, call 1-800-569-4287. We have also attached a list including the name, address, telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers.

If you wish to modify the terms of the loan, you may discuss whether this option is available by contacting:

PHH Mortgage Corporation
1 Mortgage Way
Mount Laurel, NJ 08054
866-799-7724
preserve@phhreverse.com

If you have been previously discharged from personal liability for the obligations secured by the mortgage as a result of a bankruptcy proceeding, this letter is given to you not for the purpose of demanding payment, but to advise you of the consequences of non-payment, specifically the foreclosure of the mortgage.

If you have any questions concerning the above, please contact us at the above address.

Very truly yours,

**KORDE & ASSOCIATES, P.C.**

This listing is current as of **12/14/2022**.

# Agencies located in MAINE

| | |
|---|---|
| **Agency Name:** | PENQUIS COMMUNITY ACTION PROGRAM |
| **Phone:** | 207-973-3500 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 262 Harlow St |
| | Bangor, Maine 04401-4952 |
| **Counseling Services:** | - Financial, Budgeting, and Credit Workshops |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| **Website:** | http://www.penquis.org |
| **Agency ID:** | 81649 |

| | |
|---|---|
| **Agency Name:** | COASTAL ENTERPRISES, INCORPORATED |
| **Phone:** | 207-504-5900 |
| **Toll Free:** | 877-340-2649 |
| **Fax:** | |
| **Email:** | jason.thomas@ceimaine.org |
| **Address:** | 30 Federal Street |
| | Suite 100 |
| | BRUNSWICK, Maine 04011-1510 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops |
| | - Financial Management/Budget Counseling |
| | - Home Improvement and Rehabilitation Counseling |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| | - Predatory Lending Education Workshops |
| | - Rental Housing Counseling |
| | - Reverse Mortgage Counseling |
| | - Services for Homeless Counseling |
| **Languages:** | - English |
| | - Spanish |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.ceimaine.org |
| **Agency ID:** | 80985 |

| | |
|---|---|
| **Agency Name:** | FOUR DIRECTIONS DEVELOPMENT CORPORATION |
| **Phone:** | 207-866-6545 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 20 Godfrey Dr |
| | Orono, Maine 04473-3610 |
| **Counseling Services:** | - Financial Management/Budget Counseling |
| | - Financial, Budgeting, and Credit Workshops |
| | - Home Improvement and Rehabilitation Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | OWEESTA CORPORATION |
| **Website:** | http://www.fourdirectionsmaine.org |
| **Agency ID:** | 83879 |

| | |
|---|---|
| **Agency Name:** | AVESTA HOUSING DEVELOPMENT CORPORATION |
| **Phone:** | 207-553-7780-3347 |
| **Toll Free:** | 800-339-6516 |
| **Fax:** | 207-553-7778 |
| **Email:** | ndigeronimo@avestahousing.org |
| **Address:** | 307 Cumberland Avenue |
| | PORTLAND, Maine 04101-4920 |
| **Counseling Services:** | - Financial Management/Budget Counseling |
| | - Home Improvement and Rehabilitation Counseling |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |

- Rental Housing Counseling
- Rental Housing Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-324-5762
**Toll Free:**
**Fax:** 207-490-5026
**Email:** meaghan.arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:** 800-866-5588
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Resolving/Preventing Mortgage Delinquency Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** https://www.ccimaine.org/
**Agency ID:** 81580

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 207-859-1500
**Toll Free:** 800-542-8227
**Fax:**
**Email:** housing@kvcap.org
**Address:** 101 Water St
Waterville, Maine 04901-6339
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

---



**Korde & Associates, P.C.**
Attorneys at Law

707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
Tel: (207) 775-6223 • Fax: (207) 775-6995

**Serving the States of:**

- Connecticut
- Maine
- Massachusetts
- New Hampshire
- Rhode Island

February 1, 2023

Cynthia C. Nicholas, Co-Personal Representative
of the Estate of Rachel Cote
25 Eighth Street
Auburn, ME 04210

CERTIFIED MAIL, RETURN
RECEIPT REQUESTED AND
FIRST CLASS MAIL, POSTAGE
PRE-PAID

NOTICE OF DEFAULT

Re:   $271,500.00 Promissory Note and Mortgage dated April 14, 2017
      25 Eighth Street, Auburn, ME 04210
      Our File No: ████████

Dear Sir/Madam:

This office represents PHH Mortgage Corporation ("Holder"), the current holder of the following loan documents: (i) Promissory Note dated April 14, 2017 between Liberty Home Equity Solutions, Inc. as lender and Estate of Leonard J. Cote and Estate of Rachel Cote as borrowers in the original principal amount of $271,500.00 (the "Note"), and (ii) Mortgage securing repayment of the Note given by Leonard J. Cote and Rachel M. Cote to Mortgage Electronic Registration Systems, Inc., as nominee for Liberty Home Equity Solutions, Inc., its successors and assigns dated April 14, 2017 and recorded in the Androscoggin County Registry of Deeds in Book 9580, Page 166 (the "Mortgage"). The Note and Mortgage are collectively referred to herein as the "Loan Documents."

Please be advised that there is a default under the terms of the Loan Documents. The reason for the default is that the property has ceased to be the primary residence of any owner or borrower.

The following amounts are past due:

| | |
|---|---|
| Principal Balance | $112,079.00 |
| Accrued Interest | $19,746.35 |
| Inspection Fees | $120.00 |
| Property Preservation Fees | $40.00 |
| Appraisal Fee | $862.50 |
| MIP | $6,679.86 |
| Intra Month Per Diem | $462.12 |
| Title Fees | $335.00 |
| FC Attorney Fees & Costs | $1,775.00 |
| Taxes | $2,152.57 |

████████
Hours of Operation: 8:30am – 5:30pm, EST Monday thru Friday
www.LOGS.com/korde                                     Page 1 of 3

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

TOTAL AMOUNT DUE TO CURE THE DEFAULT      $144,252.40

The total amount due to cure the default does not include any amounts that become due after the date of this notice.

You may cure this default by any one of the following methods: (1) re-occupying the property as your primary residence and executing and returning the attached Occupancy Verification Form; (2) pay the balance in full; (3) sell the property for the lesser of the balance or 95% of the appraised value and apply the net proceeds of the sale toward the balance; or (4) provide the Lender with a deed in lieu of foreclosure. The total amount to cure the default is $144,252.40, as of January 20, 2023.

You have the right to cure this default by making full payment of all amounts that are due as set forth above within 35 days from the date this notice is given. If you do not cure the default, all sums due under the Loan Documents may be declared accelerated and immediately payable in full without further demand, and the mortgage holder or another person or entity may acquire the subject property by means of foreclosure and sale. If you meet the conditions stated in the Mortgage, you will have the right to have the enforcement of the Mortgage discontinued and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

Said funds must be in the form of a **bank or certified check** made payable to **PHH Mortgage Corporation** and delivered to Korde & Associates, P.C., 707 Sable Oaks Dr., Suite 250, South Portland, ME 04106.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Loan Documents and to assert the nonexistence of a default or any other defense to acceleration and foreclosure. Where Court supervised mediation is available, you may request mediation to explore options for avoiding foreclosure judgment. If the Loan Documents so provide, you may also have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the Loan Documents; 3) pay all of lender's reasonable expenses in enforcing the Loan Documents including, for example, reasonable attorney's fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the Loan Documents, and your obligations under the Loan Documents remain unchanged.

You may have options other than foreclosure. You may discuss available options with the Holder or a counselor approved by the United States Department of Housing and Urban Development ("HUD"), and you are encouraged to explore available options prior to the end of your right-to-cure period. If you are in need of financial advice, you may contact a HUD approved housing counseling agency. These agencies provide experienced home ownership counseling at no charge to you. For more information regarding the agencies in your area, call 1-800-569-4287. We have also attached a list including the name, address, telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers.

If you wish to modify the terms of the loan, you may discuss whether this option is available by contacting:

PHH Mortgage Corporation
1 Mortgage Way
Mount Laurel, NJ 08054
866-799-7724
preserve@phhreverse.com

If you have been previously discharged from personal liability for the obligations secured by the mortgage as a result of a bankruptcy proceeding, this letter is given to you not for the purpose of demanding payment, but to advise you of the consequences of non-payment, specifically the foreclosure of the mortgage.

If you have any questions concerning the above, please contact us at the above address.

Very truly yours,

**KORDE & ASSOCIATES, P.C.**

This listing is current as of **12/14/2022.**

# Agencies located in MAINE

| | |
|---|---|
| **Agency Name:** | PENQUIS COMMUNITY ACTION PROGRAM |
| **Phone:** | 207-973-3500 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 262 Harlow St |
| | Bangor, Maine 04401-4952 |
| **Counseling Services:** | - Financial, Budgeting, and Credit Workshops |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| **Website:** | http://www.penquis.org |
| **Agency ID:** | 81649 |

| | |
|---|---|
| **Agency Name:** | COASTAL ENTERPRISES, INCORPORATED |
| **Phone:** | 207-504-5900 |
| **Toll Free:** | 877-340-2649 |
| **Fax:** | |
| **Email:** | jason.thomas@ceimaine.org |
| **Address:** | 30 Federal Street |
| | Suite 100 |
| | BRUNSWICK, Maine 04011-1510 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops |
| | - Financial Management/Budget Counseling |
| | - Home Improvement and Rehabilitation Counseling |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| | - Predatory Lending Education Workshops |
| | - Rental Housing Counseling |
| | - Reverse Mortgage Counseling |
| | - Services for Homeless Counseling |
| **Languages:** | - English |
| | - Spanish |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.ceimaine.org |
| **Agency ID:** | 80985 |

| | |
|---|---|
| **Agency Name:** | FOUR DIRECTIONS DEVELOPMENT CORPORATION |
| **Phone:** | 207-866-6545 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 20 Godfrey Dr |
| | Orono, Maine 04473-3610 |
| **Counseling Services:** | - Financial Management/Budget Counseling |
| | - Financial, Budgeting, and Credit Workshops |
| | - Home Improvement and Rehabilitation Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | OWEESTA CORPORATION |
| **Website:** | http://www.fourdirectionsmaine.org |
| **Agency ID:** | 83879 |

| | |
|---|---|
| **Agency Name:** | AVESTA HOUSING DEVELOPMENT CORPORATION |
| **Phone:** | 207-553-7780-3347 |
| **Toll Free:** | 800-339-6516 |
| **Fax:** | 207-553-7778 |
| **Email:** | ndigeronimo@avestahousing.org |
| **Address:** | 307 Cumberland Avenue |
| | PORTLAND, Maine 04101-4920 |
| **Counseling Services:** | - Financial Management/Budget Counseling |
| | - Home Improvement and Rehabilitation Counseling |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |

    - Rental Housing Counseling
    - Rental Housing Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-324-5762
**Toll Free:**
**Fax:** 207-490-5026
**Email:** meaghan.arzberger@yccac.org
**Address:** 6 Spruce Street
    SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
    - Financial Management/Budget Counseling
    - Home Improvement and Rehabilitation Counseling
    - Mortgage Delinquency and Default Resolution Counseling
    - Non-Delinquency Post Purchase Workshops
    - Pre-purchase Counseling
    - Pre-purchase Homebuyer Education Workshops
    - Predatory Lending Education Workshops
    - Rental Housing Counseling
    - Services for Homeless Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:** 800-866-5588
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
    South Paris, Maine 04281-1533
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
    - Financial Management/Budget Counseling
    - Financial, Budgeting, and Credit Workshops
    - Mortgage Delinquency and Default Resolution Counseling
    - Pre-purchase Counseling
    - Pre-purchase Homebuyer Education Workshops
    - Rental Housing Counseling
    - Resolving/Preventing Mortgage Delinquency Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** https://www.ccimaine.org/
**Agency ID:** 81580

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 207-859-1500
**Toll Free:** 800-542-8227
**Fax:**
**Email:** housing@kvcap.org
**Address:** 101 Water St
    Waterville, Maine 04901-6339
**Counseling Services:** - Financial Management/Budget Counseling
    - Mortgage Delinquency and Default Resolution Counseling
    - Pre-purchase Counseling
    - Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

---



**Korde & Associates, P.C.**
Attorneys at Law

707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
Tel: (207) 775-6223 • Fax: (207) 775-6995

Serving the States of:

- Connecticut
- Maine
- Massachusetts
- New Hampshire
- Rhode Island

February 1, 2023

Cynthia C. Nicholas, Co-Personal Representative
of the Estate of Rachel Cote
24 Huston Ave
Auburn, ME 04210

CERTIFIED MAIL, RETURN
RECEIPT REQUESTED AND
FIRST CLASS MAIL, POSTAGE
PRE-PAID

## NOTICE OF DEFAULT

Re:  $271,500.00 Promissory Note and Mortgage dated April 14, 2017
25 Eighth Street, Auburn, ME 04210
Our File No: ███████████

Dear Sir/Madam:

This office represents PHH Mortgage Corporation ("Holder"), the current holder of the following loan documents: (i) Promissory Note dated April 14, 2017 between Liberty Home Equity Solutions, Inc. as lender and Estate of Leonard J. Cote and Estate of Rachel Cote as borrowers in the original principal amount of $271,500.00 (the "Note"), and (ii) Mortgage securing repayment of the Note given by Leonard J. Cote and Rachel M. Cote to Mortgage Electronic Registration Systems, Inc., as nominee for Liberty Home Equity Solutions, Inc., its successors and assigns dated April 14, 2017 and recorded in the Androscoggin County Registry of Deeds in Book 9580, Page 166 (the "Mortgage"). The Note and Mortgage are collectively referred to herein as the "Loan Documents."

Please be advised that there is a default under the terms of the Loan Documents. The reason for the default is that the property has ceased to be the primary residence of any owner or borrower.

The following amounts are past due:

| | |
|---|---|
| Principal Balance | $112,079.00 |
| Accrued Interest | $19,746.35 |
| Inspection Fees | $120.00 |
| Property Preservation Fees | $40.00 |
| Appraisal Fee | $862.50 |
| MIP | $6,679.86 |
| Intra Month Per Diem | $462.12 |
| Title Fees | $335.00 |
| FC Attorney Fees & Costs | $1,775.00 |
| Taxes | $2,152.57 |

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

| TOTAL AMOUNT DUE TO CURE THE DEFAULT | $144,252.40 |
|---|---|

The total amount due to cure the default does not include any amounts that become due after the date of this notice.

You may cure this default by any one of the following methods: (1) re-occupying the property as your primary residence and executing and returning the attached Occupancy Verification Form; (2) pay the balance in full; (3) sell the property for the lesser of the balance or 95% of the appraised value and apply the net proceeds of the sale toward the balance; or (4) provide the Lender with a deed in lieu of foreclosure. The total amount to cure the default is $144,252.40, as of January 20, 2023.

You have the right to cure this default by making full payment of all amounts that are due as set forth above within 35 days from the date this notice is given. If you do not cure the default, all sums due under the Loan Documents may be declared accelerated and immediately payable in full without further demand, and the mortgage holder or another person or entity may acquire the subject property by means of foreclosure and sale. If you meet the conditions stated in the Mortgage, you will have the right to have the enforcement of the Mortgage discontinued and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

Said funds must be in the form of a **bank or certified check** made payable to **PHH Mortgage Corporation** and delivered to Korde & Associates, P.C., 707 Sable Oaks Dr., Suite 250, South Portland, ME 04106.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Loan Documents and to assert the nonexistence of a default or any other defense to acceleration and foreclosure. Where Court supervised mediation is available, you may request mediation to explore options for avoiding foreclosure judgment. If the Loan Documents so provide, you may also have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the Loan Documents; 3) pay all of lender's reasonable expenses in enforcing the Loan Documents including, for example, reasonable attorney's fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the Loan Documents, and your obligations under the Loan Documents remain unchanged.

You may have options other than foreclosure. You may discuss available options with the Holder or a counselor approved by the United States Department of Housing and Urban Development ("HUD"), and you are encouraged to explore available options prior to the end of your right-to-cure period. If you are in need of financial advice, you may contact a HUD approved housing counseling agency. These agencies provide experienced home ownership counseling at no charge to you. For more information regarding the agencies in your area, call 1-800-569-4287. We have also attached a list including the name, address, telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers.

If you wish to modify the terms of the loan, you may discuss whether this option is available by contacting:

PHH Mortgage Corporation
1 Mortgage Way
Mount Laurel, NJ 08054
866-799-7724
preserve@phhreverse.com

If you have been previously discharged from personal liability for the obligations secured by the mortgage as a result of a bankruptcy proceeding, this letter is given to you not for the purpose of demanding payment, but to advise you of the consequences of non-payment, specifically the foreclosure of the mortgage.

If you have any questions concerning the above, please contact us at the above address.

Very truly yours,

**KORDE & ASSOCIATES, P.C.**

This listing is current as of **12/14/2022**.

# Agencies located in MAINE

|              |                                                             |
|--------------|-------------------------------------------------------------|
| **Agency Name:** | PENQUIS COMMUNITY ACTION PROGRAM |
| **Phone:** | 207-973-3500 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 262 Harlow St |
| | Bangor, Maine 04401-4952 |
| **Counseling Services:** | - Financial, Budgeting, and Credit Workshops |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| **Website:** | http://www.penquis.org |
| **Agency ID:** | 81649 |

|              |                                                             |
|--------------|-------------------------------------------------------------|
| **Agency Name:** | COASTAL ENTERPRISES, INCORPORATED |
| **Phone:** | 207-504-5900 |
| **Toll Free:** | 877-340-2649 |
| **Fax:** | |
| **Email:** | jason.thomas@ceimaine.org |
| **Address:** | 30 Federal Street |
| | Suite 100 |
| | BRUNSWICK, Maine 04011-1510 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops |
| | - Financial Management/Budget Counseling |
| | - Home Improvement and Rehabilitation Counseling |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| | - Predatory Lending Education Workshops |
| | - Rental Housing Counseling |
| | - Reverse Mortgage Counseling |
| | - Services for Homeless Counseling |
| **Languages:** | - English |
| | - Spanish |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.ceimaine.org |
| **Agency ID:** | 80985 |

|              |                                                             |
|--------------|-------------------------------------------------------------|
| **Agency Name:** | FOUR DIRECTIONS DEVELOPMENT CORPORATION |
| **Phone:** | 207-866-6545 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 20 Godfrey Dr |
| | Orono, Maine 04473-3610 |
| **Counseling Services:** | - Financial Management/Budget Counseling |
| | - Financial, Budgeting, and Credit Workshops |
| | - Home Improvement and Rehabilitation Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | OWEESTA CORPORATION |
| **Website:** | http://www.fourdirectionsmaine.org |
| **Agency ID:** | 83879 |

|              |                                                             |
|--------------|-------------------------------------------------------------|
| **Agency Name:** | AVESTA HOUSING DEVELOPMENT CORPORATION |
| **Phone:** | 207-553-7780-3347 |
| **Toll Free:** | 800-339-6516 |
| **Fax:** | 207-553-7778 |
| **Email:** | ndigeronimo@avestahousing.org |
| **Address:** | 307 Cumberland Avenue |
| | PORTLAND, Maine 04101-4920 |
| **Counseling Services:** | - Financial Management/Budget Counseling |
| | - Home Improvement and Rehabilitation Counseling |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |

- Rental Housing Counseling
- Rental Housing Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-324-5762
**Toll Free:**
**Fax:** 207-490-5026
**Email:** meaghan.arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:** 800-866-5588
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Resolving/Preventing Mortgage Delinquency Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** https://www.ccimaine.org/
**Agency ID:** 81580

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 207-859-1500
**Toll Free:** 800-542-8227
**Fax:**
**Email:** housing@kvcap.org
**Address:** 101 Water St
Waterville, Maine 04901-6339
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685



**UNITED STATES POSTAL SERVICE®**

Certificate Of
Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

To pay fee, affix st
meter postage her

**FROM:**

Korde & Associates, P.C.

707 Sable Oaks Drive, Ste. 250

South Portland, ME 04106

**TO:**

Cynthia C. Nicholas, Co-Personal Representative of the Estate of Rachel

Cote

24 Huston Ave

Auburn, ME 04210



WESTBROOK, MAINE 04098

FEB - 1 2023

USPS

US POSTAGE

quadient

CORRECTION

IMI

$001.85°

02/01/2023 ZIP 04106
043M31235438

# UNITED STATES POSTAL SERVICE®

## Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

To pay fee, affix st
meter postage her

**FROM:**

Korde & Associates, P.C.

707 Sable Oaks Drive, Ste. 250

South Portland, ME 04106

**TO:**

Kathy L. Whitney, Co-Personal Representative of the Estate of Rachel Cote

596 Fletcher Road

Auburn, ME 04210



quadient

IMI

CORRECTION

$001.85⁰

02/01/2023 ZIP 04106

043M31235438

US POSTAGE

WEST B___OOK ___VE 04098

FEB - 1 2023



# UNITED STATES POSTAL SERVICE®

## Certificate Of Mailing

To pay fee, affix st
meter postage her

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

**FROM:**

Korde & Associates, P.C.

707 Sable Oaks Drive, Ste. 250

South Portland, ME 04106

**TO:**

Estate of Rachel Cote
25 Eighth Street
Auburn, ME 04210





quadient

CORRECTION
IMI

$001.85

02/01/2023 ZIP 04106
043M31235438

WESTBROOK, MAINE 0409

FEB - 1 2023

US POSTAGE

USPS

**UNITED STATES POSTAL SERVICE®**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

## Certificate Of Mailing

To pay fee, affix st
meter postage her.

**FROM:**

Korde & Associates, P.C.
707 Sable Oaks Drive, Ste. 250
South Portland, ME 04106

**TO:**

Estate of Leonard J. Cote
25 Eighth Street
Auburn, ME 04210



WESTBROOK, MAINE 04098
FEB – 1 2023



US POSTAGE

quadient
CORRECTION
IMI
**$001.85 °** USPS
02/01/2023 ZIP 04106
043M31235438

# UNITED STATES POSTAL SERVICE®

## Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

To pay fee, affix stamp or meter postage here.

**FROM:**

Korde & Associates, P.C.

707 Sable Oaks Drive, Ste. 250

South Portland, ME 04106

**TO:**

Kathy L. Whitney, Co-Personal Representative of the Estate of Rachel Cote

25 Eighth Street

Auburn, ME 04210



quadient

IMI

CORRECTION

$001.85°

02/01/2023 ZIP 04106

043M31235438

US POSTAGE

FEB - 1 2023

$880

WESTBROOK ME 04098


# UNITED STATES
# POSTAL SERVICE®

## Certificate Of Mailing

To pay fee, affix su
meter postage her

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

## FROM:

Korde & Associates, P.C.

707 Sable Oaks Drive, Ste. 250

South Portland, ME 04106

## TO:

Cynthia C. Nicholas, Co-Personal Representative of the Estate of Rachel
Cote
25 Eighth Street
Auburn, ME 04210



quadient

CORRECTION
IMI

$001.85

02/01/2023 ZIP 04106
043M31235438

FEB - 1 2023

WESTBROOK, MAINE 04098

US POSTAGE

9414 7266 9904 2113 7145 89

FORM #35663 VERSION: E 8/17
U.S. PAT. NO. 5,501,393

**WALZ**

WALZ CERTIFIED MAILER®

FROM

Label #1

WALZ REFERRAL PROGRAM

Label #2

Label #3

TEAR ALONG THIS LINE

**TO:**

Cynthia C. Nicholas, Co-Personal
Representative of the Estate of Rachel Cote
24 Huston Ave
Auburn, ME 04210

**SENDER:** Korde & Associates, P.C.

**REFERENCE:** Cote, Rachel & Leonard
Cote/RMY ▆ FC01-
ME

PS Form 3800, January 2005

| | | |
|---|---|---|
| | Postage | 0.84 |
| RETURN RECEIPT SERVICE | Certified Fee | 4.15 |
| | Return Receipt Fee | 3.35 |
| | Restricted Delivery | |
| | Total Postage & Fees | 8.34 |

**USPS®**
**Receipt for Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
FEB – 1 2023

WESTBROOK ME 04098
USPS

Label #6

---

A  FOLD AND TEAR THIS WAY ——▶ OPTIONAL

Label #5

Cynthia C. Nicholas, Co-Personal Representative
of the Estate of Rachel Cote
24 Huston Ave
Auburn, ME 04210
▆ FC01-ME

B

Charge Amount:

Charge To:

FOLD AND TEAR THIS WAY ——▶

**SENDERS RECORD**

Certified Article Number
9414 7266 9904 2113 7145 89

Label #4

# WALZ

**WALZ Form No:35663**
**Version: E 08/17**

To reorder forms, *contact us at:*

sales@walzgroup.com

(800) 381-3811

www.walzgroup.com

## WALZ SOLUTIONS:

- **WALZ CERTIFIED MAILERS**: Patented forms and software to automate your in-house process

- **WALZ OUTSOURCING SERVICES**: Comprehensive Outsourcing Solutions for compliant type mailings, utilizing Certified Mail® and First-Class Mail® services

- **TRACKRIGHT™**: Tracks USPS® Delivery events, images and updated status

- **STORERIGHT**: Return Receipt and Unclaimed Mail storage and records management system

---

Since 1983, WALZ has been a pioneer and the nationwide leader in providing Certified Mail solutions. We offer significant domain expertise in Certified Mail and the leading solutions in the industry.

- WALZ currently services 34 of the Fortune 100 companies and 86 of the AmLaw 200

- 80% of the top mortgage companies are our clients along with over 3,500 organizations such as government, legal, healthcare, and insurance

- Over the past 30 years, WALZ has created unique Certified Mail solutions for over 300 million mailings

---

## WALZ REFERRAL PROGRAM

+ Do you know someone who could benefit from using our forms?

+ Mention our forms to a friend and tell them to mention your name when they call. Both you and your friend will receive **10%** off of your next orders (limit of 10% off per order).

**Promotional Code R1**

---

**Label 1:** Addressee label

**Label 2:** Additional addressee label or optional return address label when using the Walz Certified Macro

**Label 3:** Return address label

**Label 4:** Sender's record of the Certified Article Number

**Label 5:** Additional label for customer files

**Label 6:** PS Form 3800 Certified sticker (affix at the top of the envelope with the perforation mark on the edge)

**Return Receipt:** Proof of delivery that provides recipient signature, delivery date and forwarded address of delivery, if applicable



FRONT



BACK

9414 7266 9904 2113 7146 02

**TO:**

Cynthia C. Nicholas, Co-Personal
Representative of the Estate of Rachel Cote
25 Eighth Street
Auburn, ME 04210

**SENDER:** Korde & Associates, P.C.

**REFERENCE:** Cote, Rachel & Leonard
Cote/RMY          FC01-
ME

PS Form 3800, January 2005

RETURN RECEIPT SERVICE

| | |
|---|---|
| Postage | 0.84 |
| Certified Fee | 4.15 |
| Return Receipt Fee | 3.35 |
| Restricted Delivery | |
| Total Postage & Fees | 8.34 |

**USPS®**
**Receipt for Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

FEB - 1 2023

WESTBROOK ME 04098

USPS

Label #6

---

TEAR ALONG THIS LINE →

---

**WALZ CERTIFIED MAILER®**

FROM **WALZ**

FORM #35663 VERSION: E 8/17
U.S. PAT. NO. 5,501,393

Label #1

**WALZ REFERRAL PROGRAM**

Label #2

Label #3

A    FOLD AND TEAR THIS WAY → OPTIONAL

Label #5

Cynthia C. Nicholas, Co-Personal Representative
of the Estate of Rachel Cote
25 Eighth Street
Auburn, ME 04210
FC01-ME

Charge Amount:

Charge To:

FOLD AND TEAR THIS WAY →

B

**SENDERS RECORD**

**Certified Article Number**

9414 7266 9904 2113 7146 02

Label #4



# WALZ

**WALZ Form No:35663**
**Version: E 08/17**

To reorder forms, *contact us* at:

sales@walzgroup.com

(800) 381-3811

www.walzgroup.com

## WALZ SOLUTIONS:

➕ **WALZ CERTIFIED MAILERS :** Patented forms and software to automate your in-house process

➕ **WALZ OUTSOURCING SERVICES :** Comprehensive Outsourcing Solutions for compliant type mailings, utilizing Certified Mail® and First-Class Mail® services

➕ **TRACKRIGHT™ :** Tracks USPS® Delivery events, images and updated status

➕ **STORERIGHT :** Return Receipt and Unclaimed Mail storage and records management system

**Label 1:** Addressee label

**Label 2:** Additional addressee label or optional return address label when using the Walz Certified Macro

**Label 3:** Return address label

**Label 4:** Sender's record of the Certified Article Number

**Label 5:** Additional label for customer files

**Label 6:** PS Form 3800 Certified sticker (affix at the top of the envelope with the perforation mark on the edge)

**Return Receipt:** Proof of delivery that provides recipient signature, delivery date and forwarded address of delivery, if applicable

---

Since 1983, WALZ has been a pioneer and the nationwide leader in providing Certified Mail solutions. We offer significant domain expertise in Certified Mail and the leading solutions in the industry.

➕ WALZ currently services 34 of the Fortune 100 companies and 86 of the AmLaw 200

➕ 80% of the top mortgage companies are our clients along with over 3,500 organizations such as government, legal, healthcare, and insurance

➕ Over the past 30 years, WALZ has created unique Certified Mail solutions for over 300 million mailings

## WALZ REFERRAL PROGRAM

➕ Do you know someone who could benefit from using our forms?

➕ Mention our forms to a friend and tell them to mention your name when they call. Both you and your friend will receive **10%** off of your next orders (limit of 10% off per order).

**Promotional Code R1**



FRONT



BACK

9414 7266 9904 2113 7145 72

TO:

Kathy L. Whitney, Co-Personal
Representative of the Estate of Rachel Cote
596 Fletcher Road
Auburn, ME 04210

SENDER: Korde & Associates, P.C.

REFERENCE: Cote, Rachel & Leonard
Cote/RMY____FC01-
ME

PS Form 3800, January 2005

| | | |
|---|---|---|
| | Postage | 0.84 |
| RETURN RECEIPT SERVICE | Certified Fee | 4.15 |
| | Return Receipt Fee | 3.35 |
| | Restricted Delivery | |
| | Total Postage & Fees | 8.34 |

USPS®
Receipt for
Certified Mail®

POSTMARK OR DATE

WEST BRUNSWICK ME 04082

FEB – 1 2023

USPS

No Insurance Coverage Provided
Do Not Use for International Mail

Label #6

---

WALZ
CERTIFIED MAILER®

FROM

FORM #35663 VERSION: E 8/17
U.S. PAT. NO. 5,501,393

Label #1

WALZ REFERRAL PROGRAM

Label #2

Label #3

A    FOLD AND TEAR THIS WAY ——► OPTIONAL

B    Label #5

Kathy L. Whitney, Co-Personal Representative of
the Estate of Rachel Cote
596 Fletcher Road
Auburn, ME 04210
FC01-ME

Charge
Amount:

Charge
To:

FOLD AND TEAR THIS WAY ——►

SENDERS RECORD

Certified Article Number
9414 7266 9904 2113 7145 72

Label #4



# WALZ

**WALZ Form No:35663**
**Version: E 08/17**

To reorder forms, contact us at:

sales@walzgroup.com

(800) 381-3811

www.walzgroup.com

## WALZ SOLUTIONS:

⊕ **WALZ CERTIFIED MAILERS:** Patented forms and software to automate your in-house process

⊕ **WALZ OUTSOURCING SERVICES:** Comprehensive Outsourcing Solutions for compliant type mailings, utilizing Certified Mail® and First-Class Mail® services

⊕ **TRACKRIGHT™:** Tracks USPS® Delivery events, images and updated status

⊕ **STORERIGHT:** Return Receipt and Unclaimed Mail storage and records management system

---

Since 1983, WALZ has been a pioneer and the nationwide leader in providing Certified Mail solutions. We offer significant domain expertise in Certified Mail and the leading solutions in the industry.

⊕ WALZ currently services 34 of the Fortune 100 companies and 86 of the AmLaw 200

⊕ 80% of the top mortgage companies are our clients along with over 3,500 organizations such as government, legal, healthcare, and insurance

⊕ Over the past 30 years, WALZ has created unique Certified Mail solutions for over 300 million mailings

## WALZ REFERRAL PROGRAM

✦ Do you know someone who could benefit from using our forms?

✦ Mention our forms to a friend and tell them to mention your name when they call. Both you and your friend will receive **10%** off of your next orders (limit of 10% off per order).

**Promotional Code R1**

---

**Label 1:** Addressee label

**Label 2:** Additional addressee label or optional return address label when using the Walz Certified Macro

**Label 3:** Return address label

**Label 4:** Sender's record of the Certified Article Number

**Label 5:** Additional label for customer files

**Label 6:** PS Form 3800 Certified sticker (affix at the top of the envelope with the perforation mark on the edge)

**Return Receipt:** Proof of delivery that provides recipient signature, delivery date and forwarded address of delivery, if applicable



**FRONT**



**BACK**

9414 7266 9904 2113 7145 96

WALZ

FROM

WALZ
CERTIFIED
MAILER®

FORM #35663 VERSION: E 8/17
U.S. PAT. NO. 5,501,393



WALZ REFERRAL PROGRAM

Label #1

Label #2

Label #3

A — FOLD AND TEAR THIS WAY → OPTIONAL

B

Label #5

Kathy L. Whitney, Co-Personal Representative of
the Estate of Rachel Cote
25 Eighth Street
Auburn, ME 04210
FC01-ME

Charge
Amount:

Charge
To:

FOLD AND TEAR THIS WAY →

SENDERS RECORD

Certified Article Number

9414 7266 9904 2113 7145 96

Label #4

---

← TEAR ALONG THIS LINE

TO:

Kathy L. Whitney, Co-Personal
Representative of the Estate of Rachel Cote
25 Eighth Street
Auburn, ME 04210

SENDER:   Korde & Associates, P.C.

REFERENCE: Cote, Rachel & Leonard
Cote/RMN        FC01-
ME

PS Form 3800, January 2005

| | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.84 |
| | Certified Fee | 4.15 |
| | Return Receipt Fee | 3.35 |
| | Restricted Delivery | |
| | Total Postage & Fees | 8.34 |

USPS®
Receipt for
Certified Mail®

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

FEB - 1 2023

USPS

Label #6

# WALZ

**WALZ Form No:35663**
**Version: E 08/17**

To reorder forms, *contact us at:*

sales@walzgroup.com

(800) 381-3811

www.walzgroup.com

## WALZ SOLUTIONS:

+ WALZ CERTIFIED MAILERS: Patented forms and software to automate your in-house process

+ WALZ OUTSOURCING SERVICES: Comprehensive Outsourcing Solutions for compliant type mailings, utilizing Certified Mail® and First-Class Mail® services

+ TRACKRIGHT™:Tracks USPS® Delivery events, images and updated status

+ STORERIGHT: Return Receipt and Unclaimed Mail storage and records management system

**Label 1:** Addressee label

**Label 2:** Additional addressee label or optional return address label when using the Walz Certified Macro

**Label 3:** Return address label

**Label 4:** Sender's record of the Certified Article Number

**Label 5:** Additional label for customer files

**Label 6:** PS Form 3800 Certified sticker (affix at the top of the envelope with the perforation mark on the edge)

**Return Receipt:** Proof of delivery that provides recipient signature, delivery date and forwarded address of delivery, if applicable

---

Since 1983, WALZ has been a pioneer and the nationwide leader in providing Certified Mail solutions. We offer significant domain expertise in Certified Mail and the leading solutions in the industry.

+ WALZ currently services 34 of the Fortune 100 companies and 86 of the AmLaw 200

+ 80% of the top mortgage companies are our clients along with over 3,500 organizations such as government, legal, healthcare, and insurance

+ Over the past 30 years, WALZ has created unique Certified Mail solutions for over 300 million mailings

## WALZ REFERRAL PROGRAM

+ Do you know someone who could benefit from using our forms?

+ Mention our forms to a friend and tell them to mention your name when they call. Both you and your friend will receive **10%** off of your next orders (limit of 10% off per order).

**Promotional Code R1**

---



BACK



FRONT

9414 7266 9904 2113 7145 65

FORM #35663 VERSION: E 8/17
U.S. PAT. NO. 5,501,393

## WALZ

**FROM**

WALZ
CERTIFIED
MAILER®

Label #1

WALZ REFERRAL PROGRAM

Label #2

Label #3

TO:

Estate of Rachel Cote
25 Eighth Street
Auburn, ME 04210

**SENDER:** Korde & Associates, P.C.

**REFERENCE:** Cote, Rachel & Leonard
Cote/RMY          C01-
ME

PS Form 3800, January 2005

| | |
|---|---|
| Postage | 0.84 |
| Certified Fee | 4.15 |
| Return Receipt Fee | 3.35 |
| Restricted Delivery | |
| Total Postage & Fees | 8.34 |

POSTMARK OR DATE

FEB – 1 2023

WESTBROOK, ME 04092

USPS®
**Receipt for
Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

← TEAR ALONG THIS LINE

Label #6

FOLD AND TEAR THIS WAY → OPTIONAL

A

Label #5

Estate of Rachel Cote
25 Eighth Street
Auburn, ME 04210
C01-ME

Charge
Amount:

Charge
To:

FOLD AND TEAR THIS WAY →

B

**SENDERS RECORD**

Certified Article Number

9414 7266 9904 2113 7145 65

Label #4

# WALZ

**WALZ Form No:35663**
**Version: E 08/17**

Since 1983, WALZ has been a pioneer and the nationwide leader in providing Certified Mail solutions. We offer significant domain expertise in Certified Mail and the leading solutions in the industry.

To reorder forms, contact us at:

sales@walzgroup.com

(800) 381-3811

www.walzgroup.com

## WALZ SOLUTIONS:

- ⊕ WALZ CERTIFIED MAILERS: Patented forms and software to automate your in-house process

- ⊕ WALZ OUTSOURCING SERVICES: Comprehensive Outsourcing Solutions for compliant type mailings, utilizing Certified Mail® and First-Class Mail® services

- ⊕ TRACKRIGHT™: Tracks USPS® Delivery events, images and updated status

- ⊕ STORERIGHT: Return Receipt and Unclaimed Mail storage and records management system

- ⊕ WALZ currently services 34 of the Fortune 100 companies and 86 of the AmLaw 200

- ⊕ 80% of the top mortgage companies are our clients along with over 3,500 organizations such as government, legal, healthcare, and insurance

- ⊕ Over the past 30 years, WALZ has created unique Certified Mail solutions for over 300 million mailings

## WALZ REFERRAL PROGRAM

- ✦ Do you know someone who could benefit from using our forms?

- ✦ Mention our forms to a friend and tell them to mention your name when they call. Both you and your friend will receive **10%** off of your next orders (limit of 10% off per order).

**Promotional Code R1**

**Label 1:** Addressee label

**Label 2:** Additional addressee label or optional return address label when using the Walz Certified Macro

**Label 3:** Return address label

**Label 4:** Sender's record of the Certified Article Number

**Label 5:** Additional label for customer files

**Label 6:** PS Form 3800 Certified sticker (affix at the top of the envelope with the perforation mark on the edge)

**Return Receipt:** Proof of delivery that provides recipient signature, delivery date and forwarded address if applicable



**FRONT**



**BACK**

**WALZ**
FROM

WALZ
CERTIFIED
MAILER®

FORM #35663 VERSION: E 8/17
U.S. PAT. NO. 5,501,393

**TO:**

Estate of Leonard J. Cote
25 Eighth Street
Auburn, ME 04210

**SENDER:** Korde & Associates, P.C.

**REFERENCE:** Cote, Rachel & Leonard
Cote/RMY ████FC01-
ME

PS Form 3800, January 2005

| | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.84 |
| | Certified Fee | 4.15 |
| | Return Receipt Fee | 3.35 |
| | Restricted Delivery | |
| | Total Postage & Fees | 8.34 |

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

FEB - 1 2023

WESTBROOK ME 04092

USPS

Label #6

TEAR ALONG THIS LINE →

Label #1

WALZ REFERRAL PROGRAM

Label #2

Label #3

A    FOLD AND TEAR THIS WAY → OPTIONAL

Label #5

Estate of Leonard J. Cote
25 Eighth Street
Auburn, ME 04210
████FC01-ME

Charge
Amount:

Charge
To:

B

FOLD AND TEAR THIS WAY →

**SENDERS RECORD**

**Certified Article Number**

9414 7266 9904 2113 7145 58

Label #4

# WALZ

**WALZ Form No:35663**
**Version: E 08/17**

Since 1983, WALZ has been a pioneer and the nationwide leader in providing Certified Mail solutions. We offer significant domain expertise in Certified Mail and the leading solutions in the industry.

To reorder forms, *contact us at:*

sales@walzgroup.com

(800) 381-3811

www.walzgroup.com

## WALZ SOLUTIONS:

- ✪ WALZ CERTIFIED MAILERS: Patented forms and software to automate your in-house process

- ✪ WALZ OUTSOURCING SERVICES:
  Comprehensive Outsourcing Solutions for compliant type mailings, utilizing Certified Mail® and First-Class Mail® services

- ✪ TRACKRIGHT™: Tracks USPS® Delivery events, images and updated status

- ✪ STORERIGHT: Return Receipt and Unclaimed Mail storage and records management system

---

- ⊕ WALZ currently services 34 of the Fortune 100 companies and 86 of the AmLaw 200

- ⊕ 80% of the top mortgage companies are our clients along with over 3,500 organizations such as government, legal, healthcare, and insurance

- ⊕ Over the past 30 years, WALZ has created unique Certified Mail solutions for over 300 million mailings

## WALZ REFERRAL PROGRAM

- ✦ Do you know someone who could benefit from using our forms?

- ✦ Mention our forms to a friend and tell them to mention your name when they call. Both you and your friend will receive **10%** off of your next orders (limit of 10% off per order).

**Promotional Code R1**

---

**Label 1:** Addressee label

**Label 2:** Additional addressee label or optional return address label when using the Walz Certified Macro

**Label 3:** Return address label

**Label 4:** Sender's record of the Certified Article Number

**Label 5:** Additional label for customer files

**Label 6:** PS Form 3800 Certified sticker (affix at the top of the envelope with the perforation mark on the edge)

**Return Receipt:** Proof of delivery that provides recipient signature, delivery date and forwarded address of delivery, if applicable



FRONT



BACK